**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| QUADRANT, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 1:15-cv-128 |
| | ) |
| SHANNON SIGHTS, et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**NOTICE OF REMOVAL**

Defendant Shannon Sights ("Ms. Sights"), by counsel, hereby removes Civil Action No. 15-0000105 from the Superior Court for the District of Columbia, Civil Division, to the United States District Court for the District of Columbia pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and as grounds for the removal state as follows:

**STATEMENT OF THE CASE**

1. On January 8, 2015, Plaintiff Quadrant, Inc. filed a Complaint in the Superior Court for the District of Columbia, styled Quadrant, Inc. v. Shannon Sights, et al., Civil Action No. 15-0000105 (the "State Court Action").

2. On January 12, 2015, the Complaint was served upon Shannon Sights.

**FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. § 1331**

3. This Court has jurisdiction over this matter under 28 U.S.C. § 1331 because the Complaint raises claims based on federal law, including the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 *et seq*.

## ALL PROCEDURAL REQUIREMENTS
## FOR REMOVAL HAVE BEEN SATISFIED

4. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all of the process, pleadings, orders and documents from the State Court Action are being filed with this Notice of Removal and are attached hereto as Exhibit A. Defendant will file a Notice of Filing of Notice of Removal with the Superior Court for the District of Columbia, Civil Division.

5. This Notice of Removal is timely in accordance with 28 U.S.C. § 1446(b), as Ms. Sights was served with the Complaint on January 12, 2015.

6. Venue is proper in this court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the U.S. District Court for the District Columbia is the federal judicial district encompassing the Superior Court for the District of Columbia, Civil Division where the State Court Action was originally filed.

7. In accordance with 28 U.S.C. § 1446(b), Defendant NFF, Inc., which has been served, consents to removal of this action.

## CONCLUSION

By this Notice of Removal, Defendant does not waive any defenses or objections it may have to this action. Defendant intends no admission of fact, law or liability by this Notice and expressly reserves all defenses, motions, and/or pleas.

Dated:  January 26, 2015                    Respectfully Submitted,

/s/ Kristin A. Zech
Kristin A. Zech (D.C. Bar No. 497930)
kzech@brigliahundley.com
BrigliaHundley, P.C.
1921 Gallows Road; Suite 750
Tysons Corner, VA 22182
Ph:  (703) 883-0880
Fx:  (703) 993-0899

*Counsel for Defendant Shannon Sights*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal was served by first class mail to the following on this 26th day of January, 2015:

Geoffrey P. Gitner, Esq.
William R. Martin, Esq.
Sasha Battle, Esq.
Martin & Gitner
2121 K Street, N.W., Suite 850
Washington, D.C. 20034


Patrick J. Kearney, Esq.
Selzer Gurvitch, P.C.
4416 East West Highway, 4th Floor
Bethesda, MD 20814

*Counsel for Plaintiff Quadrant, Inc.*


Carol L. O'Riordan, Esq.
Pamela J. Bethel, Esq.
Anthony J. Marchese, Esq.
1314 19th Street, N.W.
O'Riordan Bethel Law Firm, LLP
Washington, D.C. 20036

*Counsel for Defendant NFF, Inc.*


/s/ Kristin A. Zech
Kristin A. Zech